IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD ALAN DAVIS                                              PETITIONER

v.                          NO. 5:19-cv-00147 JM/PSH

WENDY KELLEY, Director,                                         RESPONDENT
Arkansas Department of Correction

ORDER

Petitioner Richard Alan Davis ("Davis") began this case by filing a petition for writ of habeas corpus pursuant to 28 U.S.C. 2254. In the petition, he challenged his 1988 Pulaski County Circuit Court convictions and the circumstances surrounding his direct appeal and the post-conviction proceeding.

Respondent Wendy Kelley ("Kelley") has now filed the pending motion to dismiss Davis' petition. See Docket Entry 12. In the motion, Kelley maintains that the Court lacks subject matter jurisdiction because Davis' petition is a second or successive petition, and Davis did not obtain permission from the Court of Appeals to file his petition.

Before giving serious consideration to Kelley's assertion, the Court accords Davis an opportunity to file a reply. In the reply, Davis should explain why his petition should not be dismissed for the reason advanced by Kelley. Davis is given up to, and including, July 15, 2019, to file his reply.

IT IS SO ORDERED this 14th day of June, 2019.

_____
UNITED STATES MAGISTRATE JUDGE