IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD ALAN DAVIS                                                          PETITIONER

v.                              NO. 5:19-cv-00147 JM

WENDY KELLEY, Director of the                                               RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the timely objections received thereto, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The motion to dismiss filed by respondent Wendy Kelley ("Kelley") is denied. See Docket Entry 12. Kelley is given twenty days from the date of this Order to file an additional response to the petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Richard Alan Davis.

IT IS SO ORDERED this 19th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE