# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

RICHARD ALAN DAVIS                                                    PETITIONER

v.                       NO. 5:19-cv-00147 JM

DEXTER PAYNE, Director of the                                        RESPONDENT
Arkansas Division of Correction

## ORDER

The Court has received findings and a recommendation from Magistrate Judge Patricia S. Harris. After a careful review of the findings and recommendation, the objections received thereto, including Petitioner's argument that the State waived the limitations defense, and a de novo review of the record, the Court concludes that the findings and recommendation should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. The petition for writ of habeas corpus pursuant to 28 U.S.C. 2254 filed by petitioner Richard Alan Davis is dismissed. All requested relief is denied, and judgment will be entered for respondent Dexter Payne. In accordance with Rule 11(a) of the

Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is also denied because Davis cannot make a "substantial showing of the denial of a constitutional right." See 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 13th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE