IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD ALAN DAVIS                                                          PETITIONER

v.                    NO. 5:19-cv-00147 JM

DEXTER PAYNE, Director of the                                          RESPONDENT
Arkansas Division of Correction

JUDGMENT

Pursuant to the Order entered this day, judgment is entered for respondent Dexter Payne.

IT IS SO ORDERED this 13th day of May, 2020.

_____
UNITED STATES DISTRICT JUDGE